No. 95–1028.  UNITED STATES *v.* FADEM ET AL.  C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Brockamp,* 519 U. S. 347 (1997).

No. D–1752.  IN RE DISBARMENT OF FRIÉZE.  Disbarment entered.  [For earlier order herein, see 519 U. S. 1004.]

No. D–1756.  IN RE DISBARMENT OF ALLEN.  Disbarment entered.  [For earlier order herein, see 519 U. S. 1005.]

No. D–1786.  IN RE DISBARMENT OF MARONEY.  John W. Maroney, of Portland, Ore., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–61.  JOSEPH ET AL. *v.* QUAGLINO TOBACCO & CANDY CO. ET AL.  Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. M–62.  DUNBAR *v.* IOWA.  Motion to direct the Clerk to file petition for writ of certiorari out of time under this Court's Rule 14.5 denied.

No. 96–79.  BOGGS *v.* BOGGS ET AL.  C. A. 5th Cir.  [Certiorari granted, 519 U. S. 957.]  Motion of the Acting Solicitor General for leave to file a supplemental brief as *amicus curiae* after argument granted.

No. 96–272.  METROPOLITAN STEVEDORE CO. *v.* RAMBO ET AL. C. A. 9th Cir.  [Certiorari granted, 519 U. S. 1002.]  Motion of the Acting Solicitor General for divided argument granted.